

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2025

No. 04-24-00709-CV

Saravanaraja **MUTHUSAMY**,
Appellant

v.

Kuljeet **KAUR**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2023FLA001684-C3
Honorable Sid L. Harle, Judge Presiding

**ORDER**

Sitting:    Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICION. Costs of appeal are assessed against appellant.

It is so **ORDERED** on March 26, 2025.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2025.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk